# EXHIBIT A

Mail - bryan cohen - Outlook

## COHEN/BRYANMR 01APR MIA LIS

TAP Air Portugal <no-reply@flytap.com>
Wed 2021-03-31 17:31

**To:** ███████████████████████████████████



```
            This document is automatically generated.




                         ELECTRONIC TICKET
                   PASSENGER ITINERARY RECEIPT

TAP INTERNET SALES USA              DATE: 31 MAR 2021
263 LAFAYETTE STREET 3RD F          AGENT: 9999
NEWARK NEW JERSEY 07105             NAME: COHEN/BRYANMR
NEWARK                             FQTV: 463077591
IATA    : 319 90895
TELEPHONE: +18 009 037 914


ISSUING AIRLINE                    : TAP PORTUGAL
TICKET NUMBER                      : ETKT 047 2179714067

BOOKING REF : AMADEUS: KQOPAC, AIRLINE: 1A/KQOPAC
BOOKING REF : AMADEUS: KQOPAC, AIRLINE: TP/KQOPAC


FROM /TO          FLIGHT  CL DATE  DEP     FARE BASIS    NVB    NVA    BAG ST


MIAMI MIAMI INT TP 224  U  01APR 1635    UUSCLI0E                    2PC OK
LISBON AIRPORT                 ARRIVAL TIME: 0540     ARRIVAL DATE: 02APR
TERMINAL:1        LATEST CHECK-IN:1535

LISBON AIRPORT  TP 488  U  02APR 0815    UUSCLI0E                    2PC OK
TERMINAL:1
NICE COTE D AZU                ARRIVAL TIME: 1140     ARRIVAL DATE: 02APR
TERMINAL:2        LATEST CHECK-IN:0715


AT CHECK-IN, PLEASE SHOW A PICTURE IDENTIFICATION AND THE DOCUMENT YOU GAVE
FOR REFERENCE AT RESERVATION TIME

BAGGAGE POLICY
MIANCE
1ST CHECKED BAG: FREE OF CHARGE    UPTO50LB 23KG AND62LI 158LCM
2ND CHECKED BAG: FREE OF CHARGE    UPTO50LB 23KG AND62LI 158LCM
CARRY-ON BAG:
MIALIS: MAX 1PC  FREE OF CHARGE
LISNCE: MAX 1PC  FREE OF CHARGE


LB = WEIGHT IN POUNDS, KG = WEIGHT IN KILOS,
LI = LINEAR INCHES, LCM = LINEAR CENTIMETERS,
```

```
MAX = MAXIMUM ALLOWED, PC = NUMBER OF PIECES

BAGGAGE ALLOWANCE AND CHARGES ARE PROVIDED FOR INFORMATION ONLY.
ADDITIONAL DISCOUNTS MAY APPLY DEPENDING ON ADVANCE PURCHASE OR
FLYER-SPECIFIC FACTORS (E.G. FREQUENT FLYER STATUS, MILITARY,
CREDIT CARD USED FOR PURCHASE, EARLY PURCHASE OVER THE INTERNET, ETC.)

MOST CARRIERS' E-TICKETS HAVE EXPIRATION DATES AND CONDITIONS OF USE.
CHECK THE CARRIER'S FARE RULES FOR MORE INFORMATION.

ENDORSEMENTS          : FARE REST APPLY -BG TP
PAYMENT               : WB
                      : AWARD

FARE CALCULATION      : MIA TP X/LIS TP NCE617.00NUC617.00END ROE1.000000 XF
                        EWR4.50

AIR FARE              : USD      617.00
TAXES AND AIRLINE     : USD      65.00YQ    USD      5.60AY    USD      19.10US
IMPOSED FEES            USD      4.09PT     USD      10.94YP   USD      4.50XF
TOTAL                 : USD      726.23
```

THE CARRIAGE OF CERTAIN HAZARDOUS MATERIALS, LIKE AEROSOLS, FIREWORKS, AND
FLAMMABLE LIQUIDS, ABOARD THE AIRCRAFT IS FORBIDDEN. IF YOU DO NOT UNDERSTAND
THESE RESTRICTIONS, FURTHER INFORMATION MAY BE OBTAINED FROM YOUR AIRLINE.

DATA PROTECTION NOTICE: YOUR PERSONAL DATA WILL BE PROCESSED IN ACCORDANCE
WITH THE APPLICABLE CARRIER'S PRIVACY POLICY AND, IF YOUR BOOKING IS MADE VIA
A RESERVATION SYSTEM PROVIDER ( GDS ), WITH ITS PRIVACY POLICY. THESE ARE
AVAILABLE AT http://www.iatatravelcenter.com/privacy OR FROM THE CARRIER OR
GDS DIRECTLY. YOU SHOULD READ THIS DOCUMENTATION, WHICH APPLIES TO YOUR
BOOKING AND SPECIFIES, FOR EXAMPLE, HOW YOUR PERSONAL DATA IS COLLECTED,
STORED, USED, DISCLOSED AND TRANSFERRED.(APPLICABLE FOR INTERLINE CARRIAGE)

IN ACCORDANCE WITH THE GRENELLE LAW YOU CAN DISPLAY THE INFORMATION RELATED TO
THE CARBON CONSUMED : CLICK HERE
HTTP://WWW.ICAO.INT/ENVIRONMENTAL-PROTECTION/CARBONOFFSET/PAGES/DEFAULT.ASPX

NOTICE
CARRIAGE AND OTHER SERVICES PROVIDED BY THE CARRIER ARE SUBJECT TO CONDITIONS
OF CARRIAGE, WHICH ARE HEREBY INCORPORATED BY REFERENCE. THESE CONDITIONS MAY
BE OBTAINED FROM THE ISSUING CARRIER. THE ITINERARY/RECEIPT CONSTITUTES THE
PASSENGER TICKET FOR THE PURPOSES OF ARTICLE 3 OF THE WARSAW CONVENTION,
EXCEPT WHERE THE CARRIER DELIVERS TO THE PASSENGER ANOTHER DOCUMENT COMPLYING
WITH THE REQUIREMENTS OF ARTICLE 3. PASSENGERS ON A JOURNEY INVOLVING AN
ULTIMATE DESTINATION OR A STOP IN A COUNTRY OTHER THAN THE COUNTRY OF
DEPARTURE ARE ADVISED THAT INTERNATIONAL TREATIES KNOWN AS THE MONTREAL
CONVENTION, OR ITS PREDECESSOR, THE WARSAW CONVENTION, INCLUDING ITS
AMENDMENTS (THE WARSAW CONVENTION SYSTEM), MAY APPLY TO THE ENTIRE JOURNEY,
INCLUDING ANY PORTION THEREOF WITHIN A COUNTRY. FOR SUCH PASSENGERS, THE
APPLICABLE TREATY, INCLUDING SPECIAL CONTRACTS OF CARRIAGE EMBODIED IN ANY
APPLICABLE TARIFFS, GOVERNS AND MAY LIMIT THE LIABILITY OF THE CARRIER. THESE
CONVENTIONS GOVERN AND MAY LIMIT THE LIABILITYOF AIR CARRIERS FOR DEATH OR
BODILY INJURY OR LOSS OF OR DAMAGE TO BAGGAGE, AND FOR DELAY.
http://www.flytap.com/sitePointer.php?id=6103&language=en&market=pt

*************************************************************************

*************************************************************************